ny. No opinion. Motion denied, without costs. Order filed.

BURT et al. v. HARRIS. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Warren S. Burt and another, as executors, etc., against Mary Ann Harris, in which the Methodist Episcopal Church Home of the city of New York appeals. No opinion. Judgment affirmed, with costs.

BYRNES v. TYLER et al. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Thomas F. Byrnes against Frank J. Tyler and others. No opinion. Motion denied, without costs.

CÆSAR et al. v. BERNARD. SAME v. RUNYON. SAME v. BERNARD. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Actions by Henry A. Cæsar and another against William M. Bernard, against W. C. Runyon, and against Robert W. Bernard. No opinions. Motions granted; questions certified. Order filed. See, also, 141 N. Y. Supp. 659, 668, 669.

CAMMANN et al. v. BAILEY et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Hermann H. Cammann and others against Theodorus Bailey and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1112.

CAMPBELL v. CAMPBELL. (Supreme Court, Appellate Division, First Department June 20, 1913.) Action by James P. Campbell against Eugene K. Campbell. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1112.

CANTON v. ATLANTIC FRUIT & STEAMSHIP CO. (Supreme Court, Appellate Term, First Department. June 17, 1913.) Appeal from City Court of New York, Special Term, Action by William T. Canton against the Atlantic Fruit & Steamship Company. From an order denying a motion for a bill of particulars, defendant appeals. Modified and affirmed. Ralph James M. Bullowa, of New York City, for appellant. Alexander Marks, for respondent.

BIJUR, J. The defendant is entitled to the particulars as to whether the agreement was oral or written, and all the terms thereof. He is also entitled to know the particulars of plaintiff's claim of special damage, namely, that he "has been prevented from attending to his business as merchant." These are items A and I in the notice of motion for the bill. The order should be modified, by adding those to the items allowed, and, as so modified, affirmed, with disbursements to appellant.

CARNEGIE TRUST CO., Appellant, v. STATE BANK OF COMMERCE, WALLACE, IDAHO, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Carnegie Trust Company against the State Bank of Commerce, Wallace, Idaho. J. M. Hartfield, of New York City, for appellant. G. W. Morgan, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CARR, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Bernard J. Carr against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order (77 Misc. Rep. 346, 136 N. Y. Supp. 501) affirmed, with costs.

MERRELL, J., took no part. McLENNAN, P. J., having been present at the argument of said appeal, died on the 8th day of May, 1913, without having taken any part in the determination of said appeal.

CASEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Appeal from Trial Term, New York County. Action by Margaret Casey against the City of New York. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Reversed, and complaint dismissed. Harry Crone, of New York City, for appellant. L. F. Fish, of New York City, for respondent.

PER CURIAM. The plaintiff proved no negligence on the part of the defendant (Lalor v. City of New York [Court of Appeals, May 20, 1913] 102 N. E. 558), and the finding that the defendant was negligent was without evidence to support it, and that finding is therefore reversed.

The judgment is therefore reversed, with costs, and the complaint dismissed, with costs.

CASKIE, Appellant, v. PLASS, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Edmund W. Caskie against Margaret C. Plass. Charles Lamson Griffin, of New York City, for appellant. L. Squires, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CATHOLIC FOREIGN MISSION SOCIETY OF AMERICA, Inc., Respondent, v. OUSSANI, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by the Catholic Foreign Mission Society of America, Incorporated, against Joseph Oussani and J. Alva Jenkins.

PER CURIAM. Judgment modified, so as to provide for the execution and delivery to plaintiff of a proper deed, conveying to it in fee simple the premises described in said judgment, free from all incumbrances, except the rights of the public, or of any persons, to use that branch of the Longwood Road that now runs directly before defendant Oussani's house to the Duck farm as a road or right of way, provided any such rights exist, and, as thus modified, affirm-